

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00044-CV

_____

ONE MONTGOMERY PLAZA HOMEOWNERS ASSOCIATION, INC., Appellant

V.

ALISA GAIL BROWN, RICHARD WAYNE BROWN, ANN MARRETT, ELIZABETH DOANE, WILLIAM T. SLATER, CAROL NATI, CARMENZA MORENO, DAVID AND CHRISTINA MIDDLEBROOK LIVING TRUST, RANDALL C. PETERSON, ELISA HOWARD, ALETA ANN NITSCHKE, JOHN MATTHEW REID, ERIKA BROOKS, JON B. BROOKS, CARL DENNIS STARKE AND JUDY ANN STARKE REVOCABLE TRUST, KATHY L. PRICKETT, LEAH KATHLEEN DUNN, MELISSA PERRY DUNN, MERCEDES A. BOGI, RANDI FRANKLIN, PAMELIA DAVIS, RICARDO DAVIS, THE C.K. KHURY AND IRENE BASS FAMILY TRUST,  CHRISTINA MARIE ALWIN, STEPHEN LAWRENCE ALWIN, OTIS T. HAWKINS, CYNTHIA T. CULMO, MARK M. CULMO, JOHN E. ECKLEBARGER, BARBARA J. SMITH, GARY L. SMITH, GREGORY W. BERRY, JOAN E. GATHRIGHT, LARRY LAWLEY, KIMBERLY PEASE, MOUNT MAJOR, LLC, JEAN-CARLO MEREL, JOHN ZUBER, KATHERINE ROBERTO, KERRY DIANE SCOTT, MICHAEL SCOTT, MISTY HANTES, AND JEFFERY M. HANTES, Appellees

---

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-330230-21

---

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellant's unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). In accordance with the parties' agreement, each party must bear its own costs. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: October 13, 2022